**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**
**NEW HAVEN**

**CASE NO.: 3:26-cv-00713**

JACKIE SHUMAKER,

                Plaintiff,

v.

ZANE CONSTRUCTION, LLC,

                Defendant.

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**

**(INJUNCTIVE RELIEF DEMANDED)**

Plaintiff JACKIE SHUMAKER by and through her undersigned counsel, brings this

Complaint against Defendant ZANE CONSTRUCTION, LLC for damages and injunctive relief,

and in support thereof states as follows:

**SUMMARY OF THE ACTION**

1.      Plaintiff JACKIE SHUMAKER ("Shumaker") brings this action for violations of

exclusive rights under the Copyright Act, 17 U.S.C. §106, to copy and distribute Shumaker's

original copyrighted Work of authorship.

2.      Shumaker is the president of JSP Corp dba Jackie Shumaker Photography, a 30

year old visual media company located in Colorado specializing the creation and licensing of

visual works for AEC Industry clients.

3.      Defendant ZANE CONSTRUCTION, LLC ("Zane Construction") is a nationally

operating civil construction company specializing in turnkey site work, with a strong focus on

renewable energy infrastructure. Founded in 2020, the company delivers comprehensive civil

construction services through a collaborative "Partnership Promise" that emphasizes safety,

**SRIPLAW**
Cᴀʟɪꜰᴏʀɴɪᴀ ♦ Fʟᴏʀɪᴅᴀ ♦ Gᴇᴏʀɢɪᴀ ♦ Iɴᴅɪᴀɴᴀ ♦ Nᴇᴡ Yᴏʀᴋ ♦ Tᴇɴɴᴇssᴇᴇ

quality, and execution excellence. With expertise in utility-scale energy projects and complex earthwork, Zane Construction supports clients across the United States by providing reliable, innovative solutions that help shape the future of sustainable development.  At all times relevant herein, Zane Construction owned and operated the website located at the internet URL www.zaneconstructiongroup.com (the "Website").

4. Shumaker alleges that Defendant copied Shumaker's copyrighted Work from the internet in order to advertise, market and promote its business activities.  Defendant committed the violations alleged in connection with its business for purposes of advertising and promoting sales to the public in the course and scope of the Defendant's business.

## JURISDICTION AND VENUE

5. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

6. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7. Defendant is subject to personal jurisdiction in Connecticut.

8. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendant engaged in infringement in this district, Defendant resides in this district, and Defendant is subject to personal jurisdiction in this district.

## DEFENDANTS

9. Zane Construction, LLC is a Connecticut Limited Liability Company, with its principal place of business at 17 Pond Meadow Road, Killingworth, Connecticut, 06419-1123, and can be served by serving its Registered Agent, Shannon Godbout, 48 Pierson Drive, Wallingford, CT 06492.

## THE COPYRIGHTED WORK AT ISSUE

10.    In 2018, Shumaker created the photograph entitled "20180504_sb_v_509," which is shown below and referred to herein as the "Work."



11.    Shumaker registered the Work with the Register of Copyrights on August 27, 2018 as part of a group registration.  The Group Registration was assigned registration number VAu 1-347-978.  The Certificate of Registration is attached hereto as **Exhibit 1**.

12.    At all relevant times Shumaker was the owner of the copyrighted Work.

## INFRINGEMENT BY ZANE CONSTRUCTION

13.    Zane Construction has never been licensed to use the Work for any purpose.

14.    On a date after the Work at issue in this action was created, but prior to the filing of this action, Zane Construction copied the Work.

**SRIPLAW**
CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE

15. Zane Construction copied Shumaker's copyrighted Work without Shumaker's permission.

16. After Zane Construction copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of its construction business.

17. Zane Construction copied and distributed Shumaker's copyrighted Work in connection with its business for purposes of advertising and promoting Defendant's business, and in the course and scope of advertising and selling products and services.

18. Zane Construction committed copyright infringement of the Work as evidenced by the documents attached hereto as **Exhibit 2**.

19. Shumaker never gave Zane Construction permission or authority to copy, distribute or display the Work for any purpose.

20. This matter was previously filed with the United States District Court for the District of Connecticut on June 8, 2023, *Jackie Shumaker v. Zane Construction, LLC*; 3:23-cv-00745 (the "Prior Litigation").

21. The parties reached a settlement in the Prior Litigation and dismissed the matter without prejudice on December 9, 2024.

22. Zane Construction failed to satisfy its obligations and refused to sign the settlement agreement, and continues to refuse to fulfill its obligations, thereby making the filing of this Complaint necessary.

23. On April 29, 2026, Plaintiff discovered the continuing use of the Work, as it is still located on the server at the following URL:

https://static.wixstatic.com/media/2298e5_a5d2351368c14f0cb64c30aa7c9b5e54~mv2.jpg. A copy of the ongoing infringement is attached as part of Exhibit 2.

24. Zane Construction knew it did not have rights to use the Work yet continued to display the Work and failed to remove it from the server.

25. As of May 8, 2026, the Work is still being displayed on the server.

## COUNT I
## DIRECT COPYRIGHT INFRINGEMENT

26. Shumaker incorporates the allegations of paragraphs 1 through 25 of this Complaint as if fully set forth herein.

27. Shumaker owns a valid copyright in the Work.

28. Shumaker registered the Work with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

29. Zane Construction copied, displayed, and distributed the Work and made derivatives of the Work without Shumaker's authorization in violation of 17 U.S.C. § 501.

30. Zane Construction performed the acts alleged in the course and scope of its business activities.

31. Zane Construction's acts were willful.

32. Shumaker has been damaged.

33. The harm caused to Shumaker has been irreparable.

## COUNT II
## VICARIOUS COPYRIGHT INFRINGEMENT

34. Shumaker incorporates the allegations of paragraphs 1 through 25 of this Complaint as if fully set forth herein.

35. Upon information and belief, a third party committed copyright infringement when they copied, displayed, and made derivatives of the Work.

5

**SRIPLAW**

CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE

36.     Zane Construction has a direct financial interest in the infringing material because it derives profits from the Website displaying the infringed Work.

37.     Despite having the ability to stop the infringed Work from being displayed on its Website, Zane Construction allowed the materials to remain up for display.

38.     To the extent that the actions described above were performed by the third-party alone, Zane Construction is vicariously liable for the unauthorized copying, display, distribution, and creation of derivative works of the Work without Shumaker's authorization in violation of 17 U.S.C. § 501.

39.     Shumaker has been damaged.

40.     The harm caused to Shumaker has been irreparable.

WHEREFORE, the Plaintiff JACKIE SHUMAKER prays for judgment against the Defendant ZANE CONSTRUCTION, LLC that:

a.     Defendant and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with it, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

b.     Zane Construction be required to pay Shumaker her actual damages and Defendant's profits attributable to the infringement, or, at Shumaker's election, statutory damages, as provided in 17 U.S.C. § 504;

c.     Shumaker be awarded her attorneys' fees and costs of suit under the applicable statutes sued upon;

d.     Shumaker be awarded pre- and post-judgment interest; and

e.     Shumaker be awarded such other and further relief as the Court deems just and proper.

**SRIPLAW**

CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE

**JURY DEMAND**

Shumaker hereby demands a trial by jury of all issues so triable.

Dated: May 8, 2026                                    Respectfully submitted,


                                                      /s/  Joseph A. Dunne
                                                      JOSEPH A. DUNNE
                                                      Bar Number: ct30816
                                                      joseph.dunne@sriplaw.com

                                                      **SRIPLAW, P. A.**
                                                      41 Madison Avenue
                                                      25th Floor
                                                      New York, New York 10010
                                                      929.200.8446 – Telephone
                                                      561.404.4353 – Facsimile

                                                      *Counsel for Plaintiff Jackie Shumaker*

**SRIPLAW**
CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE